[No. 42276-0-II.   Division Two.   December 18, 2012.]

UNITED FINANCIAL CASUALTY COMPANY, *Respondent*, v. JAMES T. COLEMAN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-2-05273-4, Elizabeth P. Martin, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall and Penoyar, JJ. Now published at 173 Wn. App. 463.

[No. 42366-9-II.   Division Two.   December 18, 2012.]

*In the Matter of the Personal Restraint of* ROBERT MARK DOBYNS, *Petitioner*.

Petition for relief from personal restraint. *Denied* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Quinn-Brintnall, J.

[No. 42508-4-II.   Division Two.   December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. TAMMY L. TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 10-1-03401-5, Frank E. Cuthbertson, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 26495-5-III.   Division Three.   December 18, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN TYE CLIFTON, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00617-0, Carrie L. Runge, J., entered September 20, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Kulik, J.